IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 02-46 |
| | ) |
| JERMANE BONNER | ) |

**ORDER OF COURT**

AND NOW, to-wit, this 2nd day of Sept, 2009, upon consideration of the foregoing Motion to Obtain Copy of Presentence Report, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED; IT IS FURTHER ORDERED that defense counsel may copy the Presentence Report and provide that copy to Assistant Federal Public Defender Janine Yunker.

Gary L. Lancaster
United States District Judge